# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **PAULA EMERSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 5898 |
| | ) | |
| **THOMAS J. DART**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDMENT TO MEMORANDUM ORDER

This is an amendment to the memorandum order (the "Order") entered on June 22, 2017 (Dkt. 112), which contained an error in its first sentence. Paula Emerson ("Emerson") brought this case not under 28 U.S.C. § 2254, as the Order mistakenly stated, but rather under Title VII and 42 U.S.C. § 1983, alleging that she was subjected to retaliatory treatment at the hands of her supervisors in the Cook County Department of Corrections.

That unfortunate mistake was occasioned by the fact that the Order was dictated to this Court's judicial assistant telephonically from a post-operative facility following major surgery, so that this Court has had access to individual court documents only by e-mail of copies -- without its normal in-chambers access to entire case files. Consequently the Order's first sentence, which had no bearing on the substance of the Order, was occasioned by the coincidental fact that motions for reconsideration in two cases were included in the e-mails transmitted to this Court on the same day -- the other case was accurately characterized in the Order's first sentence, which this case was not.

What was and is important in the Order is not that really gratuitous first sentence, intended only to remark on the coincidental arrival of two motions for reconsideration containing the same fatal substantive defect, but rather everything that followed in the Order. Accordingly that first sentence is amended to read:

> This is one of two cases, in each of which a motion by a plaintiff seeks to rehash his or her unsuccessful effort to stave off an adverse judgment order, has landed on this Court's desk at the same time.

Everything else in the Order remains intact, so that Emerson's Dkt. No. 107 remains denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 5, 2017